STATE OF NORTH CAROLINA v. AUDREY GOBAL

No. 545A07

(Filed 12 June 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 186 N.C. App. 308, 651 S.E.2d 279 (2007), affirming judgments entered 13 April 2005 by Judge John R. Jolly, Jr. in Superior Court, Wake County. Heard in the Supreme Court 7 May 2008.

*Roy Cooper, Attorney General, by Anne M. Middleton, Assistant Attorney General, for the State.*

*Brian Michael Aus for defendant-appellant.*

PER CURIAM.

AFFIRMED.